```
 1  Scott N. Cameron (SBN 226605)
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, CA 95814
 3  Telephone: 916-442-5230

 4  Attorney for:
    CLARISOL TORRES
 5

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,   )  CASE NO. 07-CR-391 LKK
                                )
11          Plaintiff,          )  **STIPULATION AND ORDER CONTINUING**
                                )  **HEARING ON PETITION ALLEGING**
12      v.                      )  **VIOLATIONS OF SUPERVISED RELEASE**
                                )
13  CLARISOL TORRES,            )
                                )  DATE:  November 15, 2011
14          Defendant.          )  TIME:  9:15 a.m.
    _____)  COURT: Hon. Lawrence K Karlton
15
```

16                          Stipulation

17    The parties, through undersigned counsel, stipulate that the
18 hearing on the superceding petition alleging violations of supervised
19 release, scheduled for November 15, 2011, may be continued to December
20 13, 2011, at 9:15 a.m., which is a date already on calendar for
21 Clarisol Torres as to the original petition.  Scott Cameron, the
22 attorney for Clarisol Torres, is conducting investigation regarding
23 the allegations stated in the superceding petition.  This
24 investigation is necessary so that Ms. Torres can be properly advised
25 and informed of her options on how proceed in defense of the petition.
26    U.S. Probation Officer Dayna Ward has been consulted regarding
27 this continuance and has no objection.
28

                                  1

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: November 7, 2011          BENJAMIN WAGNER
                                 United States Attorney

                          by     /s/ Todd Pickles
                                 Todd Pickles
                                 Assistant U.S. Attorney

DATED: November 7, 2011

                          by     /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for Clarisol Torres

## Order

Good cause appearing,

The sentencing hearing scheduled for November 15, 2011, is continued to December 13, 2011, at 9:15 a.m.

IT IS SO ORDERED.

DATED: November 8, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT