```
 1  Scott N. Cameron (SBN 226605)
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, CA 95814
 3  Telephone: 916-442-5230

 4  Attorney for:
    CLARISOL TORRES
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )  CASE NO. 07-CR-391 LKK
                                )
11           Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                )  HEARING ON PETITION ALLEGING
12       v.                     )  VIOLATIONS OF SUPERVISED RELEASE
                                )
13  CLARISOL TORRES,            )
                                )  DATE:  December 13, 2011
14           Defendant.         )  TIME:  9:15 a.m.
    _____)  COURT: Hon. Lawrence K Karlton
15
16                           Stipulation
```

17    The parties, through undersigned counsel, stipulate that the
18 hearing on the superceding petition alleging violations of supervised
19 release, scheduled for December 13, 2011, may be continued to December
20 20, 2011, at 9:15 a.m.  The parties engaged in fruitful negotiation
21 and discussions have been held with the Probation Officer.  Defendant
22 is being detained in the Nevada County jail and the defense attorney
23 needs the additional time meet with defendant to discuss her options
24 and convey the results of the defense attorney's discussions with the
25 prosecution and the Probation Officer.

26    U.S. Probation Officer Dayna Ward has been consulted regarding
27 this continuance and has no objection.

28

                                   1

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: December 8, 2011  BENJAMIN WAGNER
United States Attorney

by  /s/ Todd Pickles
Todd Pickles
Assistant U.S. Attorney

DATED: December 8, 2011

by  /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Clarisol Torres

## Order

Good cause appearing,

The sentencing hearing scheduled for December 13, 2011, is continued to December 20, 2011, at 9:15 a.m.

IT IS SO ORDERED.

DATED: December 9, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT