```
 1  Scott N. Cameron (SBN 226605)
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, CA 95814
 3  Telephone: 916-442-5230

 4  Attorney for:
    CLARISOL TORRES
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  CASE NO. 07-CR-391 LKK
                                 )
11            Plaintiff,         )  **STIPULATION AND ORDER CONTINUING**
                                 )  **THE DISPOSITIONAL HEARING**
12       v.                      )  **REGARDING DEFENDANT TORRES'**
                                 )  **VIOLATION OF SUPERVISED RELEASE**
13  CLARISOL TORRES, et. al.,    )
                                 )  DATE:  January 24, 2012
14                               )  TIME:  9:15 a.m.
              Defendants.        )  COURT: Hon. Lawrence K Karlton
15  ─────────────────────────────)
16
17                           Stipulation
```

The parties, through undersigned counsel, stipulate that the dispositional hearing regarding defendant Torres' violation of supervised release, scheduled for January 24, 2012, may be continued to February 7, 2012, at 9:15 a.m. Defense counsel for defendant Torres recently received the dispositional memorandum from the Probation Department. Defense counsel wishes to file a sentencing memorandum in support of defendant. The additional time requested is necessary for the preparation of the sentencing memorandum because defense counsel only recently received the Probation Department's memorandum and defendant Torres is detained in the Nevada County jail.

U.S. Probation Officer Dayna Ward has been consulted regarding

1

this continuance and has no objection.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: January 20, 2012    BENJAMIN WAGNER
United States Attorney

by  /s/ Todd Pickles
Todd Pickles
Assistant U.S. Attorney

DATED: January 20, 2012

by  /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Clarisol Torres

**Order**

Good cause appearing,

The dispositional hearing scheduled for January 24, 2012, is continued to February 7, 2012, at 9:15 a.m.

IT IS SO ORDERED.

DATED: January 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT